Matthew Bonnema, Plaintiff-Appellee, v. Decatur Cartage Company and Arthur C. Oldenburg, Defendants-Appellants.

Gen. No. 47,635.

First District, Third Division.

October 14, 1959.

Released for publication November 12, 1959.

Kirkland, Ellis, Hodson, Chaffetz, and Masters (David Jacker, William H. Symmes, Bernard F. Stewart, and Frederick W. Temple, of counsel) for defendants-appellants; Rosenbaum and Rosenbaum, and Lester E. Williams (Sidney Z. Karasik, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.